UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MASON FARRELL, et al.,

    Plaintiffs,

CASE NO. 1:23-cv-1287

v.

HON. ROBERT J. JONKER

HILLSDALE COLLEGE INC., et al.,

    Defendants.
_____/

## ORDER

On December 12, 2023, the Court issued an Order to Show Cause as to why this matter should not be dismissed for lack of subject matter jurisdiction (ECF No. 6). In response, the Plaintiffs indicate they are preparing to re-file the action in state court (ECF No. 7). Plaintiffs do not attempt to establish subject matter jurisdiction in this Court. Accordingly,

This matter is **DISMISSED** without prejudice for lack of subject matter jurisdiction.

Dated: January 4, 2024            /s/ Robert J. Jonker
                                                 ROBERT J. JONKER
                                                 UNITED STATES DISTRICT JUDGE